RECEIVED
JUN 1 2 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

WESLEY WILLIAMS                    DOCKET NO. 12-CV-0012; SEC. P

VERSUS                             JUDGE JAMES T. TRIMBLE, JR.

W. A. SHERROD                      MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED THAT Petitioner's §2241 application be DENIED and DISMISSED for lack of jurisdiction.

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 12th day of June, 2012.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE